# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Carrie Ann Kozlowski　　　　　　　　　　　　　　　　　　　Docket No. 03-00074-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Carrie Ann Kozlowski, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 10th day of September 2003, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall be placed on home detention for a period of (6) six months.
- The defendant shall pay restitution to National City Bank in the amount of $274,918.78 to be paid at a rate of at least 10 percent of her gross monthly income, or during the course of her term of supervision under a payment scheduled established and monitored by the Probation Office.
- The defendant shall provide requested financial information to the probation officer.
- The defendant is prohibited from incurring new credit charges or opening additional lines of credit without prior approval unless in compliance with the payment schedule.
- The defendant shall undergo a mental health evaluation and, if recommended, participate in a treatment program as directed by the probation officer.

09-10-03:　　Bank Fraud; 1 day of imprisonment, followed by 5 years' supervised release; Supervision commenced; Currently supervised by U.S. Probation Officer Romona Clark.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has paid a total of $19,530 towards restitution. The current balance is $10,970. The defendant understands that payments must continue until the balance is paid in full. The maximum case expiration date is September 9, 2008. It appears appropriate to permit the case to close with an outstanding balance.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 03-00074-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

ORDER OF COURT

Considered and ordered this _____ day of
_____, 20___ and ordered filed and made
a part of the records in the above case.

_____
Gary L. Lancaster
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on　　July 7, 2008

_____
Romona Clark
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:　Pittsburgh, Pennsylvania